IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:12-cv-00038-FDW-DSC

| | |
|---|---|
| SHARON THOMAS,<br><br>          Plaintiff,<br><br>v.<br><br>STATE OF NORTH CAROLINA; et al.,<br><br>          Defendants. | **DEFENDANTS ORANGE COUNTY GOVERNMENT AND ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PAYMENT OF EXPENSES** |

Defendants Orange County Government and Orange County Department of Social Services ("Orange County defendants") hereby note their opposition to plaintiff Sharon Thomas's motion for payment of various housing, transportation, moving, and other expenses (Docket No. 36). The authority cited by plaintiff in her motion does not apply and the motion is clearly frivolous.

The Orange County defendants therefore respectfully request that plaintiff's apparent motion for payment of living expenses be denied and that their pending motion to dismiss this case be granted.

1

Respectfully submitted, this 22nd day of June, 2012.

By: /s/ James R. Morgan, Jr.
JAMES R. MORGAN, JR.
(N.C. State Bar No. 12496)
WOMBLE CARLYLE SANDRIDGE & RICE
*A Limited Liability Partnership*
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3600
Fax: (336) 721-3660
E-mail: jmorgan@wcsr.com
*Attorneys for Defendants Orange County Government and Orange County Department of Social Services*

# CERTIFICATE OF SERVICE

This is to certify that on June 22, 2012, a copy of the foregoing **DEFENDANTS ORANGE COUNTY GOVERNMENT AND ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PAYMENT OF EXPENSES** was filed electronically with the Clerk of Court using CM/ECF system, which will give notification of such filing to the following:

Celia Grasty Lata
Special Deputy Attorney General
Rajeev K. Premakumar
Assistant Attorney General
UNC Health Care/UNC Hospitals
James T. Hedrick Building
211 Friday Center Drive
Suite G-59
Chapel Hill, NC  27517
Email:  clata@unch.unc.edu
Email:  rpremaku@unch.unc.edu
*Attorneys for Defendant UNC Healthcare System*


Gary R. Govert
Special Deputy Attorney General
Special Litigation Division
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC  27602
Email:  ggovert@ncdoj.gov
*Attorney for Defendants State of North Carolina, University of
North Carolina; University of North Carolina Board of Governors,
and University of North Carolina at Chapel Hill*

It is further certified that on June 22, 2012, that a copy of the foregoing **DEFENDANTS ORANGE COUNTY GOVERNMENT AND ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PAYMENT OF EXPENSES** was served upon the following non-CM/ECF participant by placing said copy in a postage paid envelope and addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Winston-Salem, North Carolina.

Sharon Thomas
215 Minitree Lane
Charlotte, NC 28214
*Pro Se Plaintiff*

By: /s/ James R. Morgan, Jr.
JAMES R. MORGAN, JR.
(N.C. State Bar No. 12496)
WOMBLE CARLYLE SANDRIDGE & RICE
*A Limited Liability Partnership*
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3600
Fax: (336) 721-3660
E-mail: jmorgan@wcsr.com
*Attorneys for Defendants Orange County Government and Orange County Department of Social Services*